United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTIAGO OCHOA III | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-128 |
| | * | |
| NEW HAMPSHIRE INSURANCE and | * | |
| AIG CLAIM SERVICES, INC. | * | |

## NOTICE TO THE PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO: SANTIAGO OCHOA III, and his attorney:
Sean F. O'Neill
Law Offices of Sean F. O'Neill
888 Isom Road, Suite 100
San Antonio, Texas 78216

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the 23rd day of July, 2003, in the above styled and numbered cause (being Cause Number 2003-CCL-0562-A in the County Court at Law No. 1 of Cameron County, Texas), NEW HAMPSHIRE INSURANCE and AIG CLAIM SERVICES, INC. filed their Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170