IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SANTIAGO OCHOA III | * |
| | * |
| VS. | *   CIVIL ACTION NO. B-03-128 |
| | * |
| NEW HAMPSHIRE INSURANCE and | * |
| AIG CLAIM SERVICES, INC. | * |

## AGREED MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff Santiago Ochoa III and Defendants New Hampshire Insurance and AIG Claim Services, Inc. and file this Agreed Motion to Remand the above-entitled and numbered cause and in support thereof would show the Court as follows:

I.

Plaintiff executed a Stipulation as to Damages Being Sought to Remain Under $75,000.00 and Judicial Admission of Fact in which he averred that damages in this cause would not exceed $75,000.00, exclusive of interest and taxable court costs. nor would he ever seek to recover or accept more than $75,000.00, exclusive of interest and taxable court costs.. Accordingly, Defendants no longer have standing to request this Court to assert federal jurisdiction over this case based on 28 U.S.C. § 1332.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby request the Court to remand this cause of action to the State Court and for such other and further relief to which they may show themselves justly entitled to receive.

Respectfully submitted,

Law Offices of Sean F. O'Neill

By: _____
Sean F. O'Neill
State Bar No. 15288150
888 Isom Road, Suite 100
San Antonio, Texas 78216
(210) 344-4455
Fax (210) 344-4902

ATTORNEYS FOR PLAINTIFF,
SANTIAGO OCHOA III


RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.  w/ permission
Attorney-in-Charge           MCBatsell
State Bar No. 04632100
Federal Admissions No. 1941
    Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
NEW HAMPSHIRE INSURANCE AND AIG
CLAIM SERVICES, INC.