IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 2 8 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANTIAGO OCHOA III | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-128 |
| | * | |
| NEW HAMPSHIRE INSURANCE and | * | |
| AIG CLAIM SERVICES, INC. | * | |

PREVIOUSLY, BEFORE REMAND:

CAUSE NO. 2003-CCL-562-A

| | | |
|---|---|---|
| SANTIAGO OCHOA III | * | IN THE COUNTY COURT |
| | * | |
| VS. | * | AT LAW NUMBER 1 |
| | * | |
| NEW HAMPSHIRE INSURANCE and | * | |
| AIG CLAIM SERVICES, INC. | * | CAMERON COUNTY, TEXAS |

### PARTIES' STIPULATION AS TO DAMAGES BEING SOUGHT TO REMAIN UNDER $75,000.00 AND JUDICIAL ADMISSION OF FACT

COME NOW, Plaintiff and Defendants, the parties to this case, and make and file this Stipulation as to Damages Being Sought to Remain Under $75,000.00 and Judicial Admission of Fact, and in support thereof would show as follows:

I.

Plaintiff hereby stipulates that he does not and will not seek damages of more than $75,000.00 in the above-referenced action, including all actual damages, economic damages, mental anguish damages, treble damages under any theory (including any allegation of a DTPA violation "knowingly" or "intentionally" made), attorney's fees, and/or any other type of damages under any theory whatsoever. Plaintiff further stipulates that he will not seeks such damages in excess of $75,000.00 under any theory at any time in this case.

II.

Additionally, Plaintiff hereby stipulates that should this case be remanded back to state court, and should a jury render a verdict in excess of $75,000.00, Plaintiff will not seek to recover, nor shall he ever recover, any judgment over $75,000.00, including but not limited to actual damages, punitive damages, and attorney's fees, from Defendants, their parent entities, affiliates, subsidiaries, shareholders, officers, directors, partners, partnerships, fiduciaries, trustees, employees, agents, members, predecessors, successors, assigns, attorneys, heirs, beneficiaries, executors, administrators, or other representatives.

III.

It is expressly understood, agreed and stipulated by the parties to this case that for so long as Plaintiff honors the terms of this stipulation, and for so long only, Defendants will not oppose remand of this case from federal court to state court. It is further expressly understood, agreed and stipulated by the parties that in the event Plaintiff at any time attempts to claim and/or testify to damages in any way in excess of the $75,000.00 amount stipulated to herein, Defendants have reserved the right to pursue all available remedies to them in this case, including but not limited to choosing either to seek to strike any such additional damages claims and prohibit any testimony as to same in the state court proceeding and/or to again remove the case to federal court on the basis of the failure of Plaintiff to honor the limitation on damages stipulated herein.

IV.

It is the express intention of the parties to this Stipulation that this Stipulation be considered to comply with all requirements of a stipulation and agreement in federal court as well as a binding agreement under Tex.R.Civ.P. 11 in state court, and both parties agree and stipulate that any signed copy of this Stipulation may be filed in either forum as evidence of same. It is further expressly understood, agreed and stipulated that the counsel signing below have full authority to agree to the binding terms of this Stipulation.

Respectfully submitted and agreed,

Law Offices of Sean F. O'Neill

By: _____
Sean F. O'Neill
State Bar No. 15288150
888 Isom Road, Suite 100
San Antonio, Texas 78216
(210) 344-4455
Fax (210) 344-4902

ATTORNEYS FOR PLAINTIFF,
SANTIAGO OCHOA III


RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
    Marjory C. Batsell
State Bar No. 04631400
Federal Admissions No. 3983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
NEW HAMPSHIRE INSURANCE AND AIG
CLAIM SERVICES, INC.