IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTIAGO OCHOA III | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-128 |
| | * | |
| NEW HAMPSHIRE INSURANCE and | * | |
| AIG CLAIM SERVICES, INC. | * | |

**AGREED ORDER OF REMAND**

On this day came on for consideration Agreed Motion to Remand and Plaintiff's Stipulation as to Damages Being Sought to Remain Under $75,000.00 and Judicial Admission of Fact in the above referenced cause. The parties advised the Court that they have reached an agreement based on Plaintiff's Stipulation as to Damages Being Sought to Remain Under $75,000.00 and Judicial Admission of Fact that he will not seek or recover damages or a judgment against Defendants in excess of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and taxable court costs. Therefore, the Court, based on the agreement of the parties and Plaintiff's Stipulation as to Damages Being Sought to Remain Under $75,000.00 and Judicial Admission of Fact, is of the opinion that said Agreed Motion to Remand should be granted. It is therefore

ORDERED that Agreed Motion to Remand be, and it is hereby, GRANTED, and this case is remanded to the County Court at Law No.1, Cameron County, Texas.

SIGNED this 29th day of August, 2003 at Brownsville, Texas.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE